**Electronically Filed
Supreme Court
SCPW-13-0000390
28-JUN-2013
11:48 AM**

SCPW-13-0000390

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MONTY V. RIDEOUT, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. No. 13-1-001K)

ORDER DENYING "MOTION TO RECONSIDER RULING
SCPW-13-0000390 MOTION TO RELEASE UNDER H.R.A.P. 23
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Monty V. Rideout's "Motion to Reconsider Ruling SCPW-13-0000390 Motion to Release Under H.R.A.P. 23", which was electronically filed by the appellate clerk on June 21, 2013, and which we review as a motion for reconsideration of the May 24, 2013 order denying petitioner's petition for a writ of habeas corpus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, June 28, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

